March 1, 2012

Experian
PO BOX 9701
Allen TX 75013

Report# ███████████

Re: Wffnb/Abrecrombie Fitch (account# ██████..)

To Whom it May Concern:

I am writing regarding the above referenced account.

On 11/29/2011 I sent a formal request (certified) to WFFNB/Abercrombie to have this account removed due to the fact that I never filed for Bankruptcy. The account is reporting as "included in Bankruptcy"

I never filed for bankruptcy and therefore this account could have never been "included in any bankruptcy". This company never responded to me nor updated their records with Experian. I have attached a copy of the letter that I sent along with the certified receipt from the United States Post Office.

Please have this account investigated and removed due to inaccurate reporting ASAP.

Sincerely,

*[signature]*

Monica Kaplan Escolar



EXHIBIT
B

11/29/11

Monica Kaplan Escolar
PO Box 813832
Hollywood, FL 33081

SS#: ███████

WFNNB/ABRECROMBIE FITCH
4590 East Broad Stree
Columbus, OH 43213

Re: Accounts # ███████...

Dear Sir/Madam:

I noticed on my Experian report that your company is reporting the above referenced account as "included in Bankruptcy on 10/01/2006.

I never filed for Bankruptcy and don't understand why you would be reporting this false information.

Please be advised that I am disputing this account and demand removal from the credit bureaus immediately.

Sincerely,

*Monica K Escolar* (signature)

Monica Kaplan Escolar

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>CLAY- CPC | C. Date of Delivery<br>12-6-11 |
| 1. Article Addressed to:<br><br>WFNNB/Abercrombie Fitch<br>4590 E Broad St<br>Columbus, OH 43213 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)          ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7011 0470 0003 7326 2883 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

2/21/12 USPS.com® - Track & Confirm

| English | Customer Service | USPS Mobile | | Register / Sign In |

**USPS.COM**

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Search USPS.com or Track Packages
 | | | | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES        PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION |
|---|---|---|---|---|
| 7014 1047 0000 3723 2883 | First-Class Mail® | Delivered | December 03, 2011, 10:52 am | COLUMBUS, OH 43213 |

Find

## Check on Another Item

What's your label (or receipt) number?

LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES
Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway ›
Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors ›
FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General ›
No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer ›
 | Site Index › | Careers › |

Copyright© 2012 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action                                                                                          1/1