UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-60425-Civ-SCOLA

MONICA ESCOLAR KAPLAN,

 Plaintiff,

vs.

WFNNB/ABERCROMBIE & FITCH, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

 Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Monica Escolar Kaplan and Defendant Experian Information Solutions, Inc. ("Experian"), hereby stipulate to the dismissal of this action *with prejudice* and further stipulate that each party shall bear its own costs, attorneys' fees and expenses.  Plaintiff and Experian request the entry of the attached Order of Dismissal With Prejudice.

| | |
|---|---|
| *s/ Jerald Alan Belofsky*\* | *s/ Maria H. Ruiz* |
| Jerald Alan Belofsky (FBN: 249262) | Maria H. Ruiz (FBN: 182923) |
| info@fschulmanlaw.com | MRuiz@kasowitz.com |
| Frederick Schulman & Associates | Kasowitz, Benson, Torres & Friedman LLP |
| 30 East 29th Street | 1441 Brickell Avenue, Suite 1420 |
| New York, NY 10016 | Miami, Florida 33131 |
| 212-796-6053 | Tel. (786) 587-1044 / Fax (305) 675-2601 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| | *Experian Information Solutions, Inc.* |

\*Electronically filed by Maria H. Ruiz with Plaintiff's counsel's consent.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or mail.

    s/*Maria H. Ruiz*
    Maria H. Ruiz